This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**

Plaintiff-Appellee,

v.                                                          **NO. A-1-CA-36677**

**TONY M. PADILLA,**
**a/k/a TONY PADILLA,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Matthew J. Sandoval, District Judge**

Stone & Associates, PC
B. W. Stone
Albuquerque, NM

for Appellee

Tony M. Padilla
Las Vegas, NM

Pro Se Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **AFFIRMED.**

{3}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR**:


_____
**JULIE J. VARGAS, Judge**


_____
**JENNIFER L. ATTREP, Judge**

2